AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUINCY NORTHERN,

Plaintiff,

v.

TIMOTHY WARD; TYRONE OLIVER,

Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV623-33

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 13, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed. Plainiff is denied leave to proceed in forma pauperis on appeal. This civil action stands closed.



December 14, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020