IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| QUINCY NORTHERN, | ) |
| | ) |
| Plaintiff- Appellant, | ) |
| | ) CASE NO.  6:23-cv-33 |
| V. | ) |
| | ) Appeal No. 23-14214-F |
| TIMOTHY WARD, Former Commissioner GA Department of Corrections, TYRONE OLIVER, Commissioner of GA Department of Corrections | ) |
| | ) |
| Defendants - Appellees. | ) |

ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this ___15th___ day of _February_ 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA